**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGEL HERNANDEZ, | No.18-3590 (SDW)(CLW) |
| Plaintiff, | |
| v. | **ORDER** |
| ULTIMATE HOLDING LLC et al., | |
| Defendants. | February 22, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on February 4, 2019 by Magistrate Judge Cathy L. Waldor ("Judge Waldor"), recommending that Defendants Paul Marino, Ultimate Holding LLC, and Joseph A. Chang's Motions to Dismiss Plaintiff's Complaint for lack of subject matter jurisdiction be granted. Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Waldor in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Waldor (Dkt. No. 21) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Cathy L. Waldor, U.S.M.J.